**STATE v. SMITH**

[367 N.C. 492 (2014)]

STATE OF NORTH CAROLINA        )
                               )
            v.                 )          From Cabarrus County
                               )
YOSHEIKA CHARMAINE SMITH       )
                               )
                               )

No. 59P14

## ORDER

The Motion for Temporary Stay issued 20 February 2014 is dissolved. The State's Petition for Writ of Supersedeas is denied. The State's Petition for Discretionary Review is allowed for the limited purpose of remanding to the Court of Appeals for reconsideration in light of our decision in *State v. Pennell*, No. 371PA13-1 (12 June 2014).

By order of the Court in Conference, this 11th day of June, 2014.

s/Beasley, J.
For the Court